113 A.3d 1216

IN THE MATTER OF ADAM S. PRIBULA, ATTORNEY
AT LAW (ATTORNEY NO. 028572007).

May 20, 2015.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–153, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ADAM S. PRIBULA of CHATHAM,** who was admitted to the bar of this State in 2007, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 1.5(b) (failure to memorialize the rate or basis of the fee), *RPC* 1.16(a) (failure to terminate the representation), *RPC* 3.2 (failure to expedite litigation), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (engaging in conduct that is prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **ADAM S. PRIBULA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.